IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ABANOOB ABDEL-MALAK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-047-Z-BR |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

**ORDER ON MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS,
AND RECOMMENDATION TO DISMISS COMPLAINT**

On August 20, 2021, the United States Magistrate Judge entered the findings, conclusions, and recommendation to **DISMISS** Plaintiff's complaint without prejudice for lack of subject matter jurisdiction. ECF No. 8 at 6-7.

Plaintiff did not timely file objections to the Magistrate Judge's findings, conclusions, and recommendation. After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation are **ADOPTED**, and Plaintiff's complaint is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

September _21_, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE